UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Swift & Co. (f/k/a ConAgra Inc., d/b/a Swift & Co.) | Civil No. 05-2486 (PAM/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| James Wiethoff, individually d/b/a Wiethoff Farms, | |
| Defendant. | |

The parties have advised the Court that this case has settled.  Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED**.  The Court reserves jurisdiction for sixty days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: May 9, 2007

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge